| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Gregory J. Doan**<br>**635 Camino de los Mares, Suite 100**<br>**San Clemente, CA 92673**<br>**(949) 472-0593 Fax:  (949) 472-5441**<br>**ecf@doanlaw.com**<br>California State Bar Number: **165174**<br><br>☒ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 23 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** avalos     **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CHANGES MADE BY COURT**

| In re:<br><br>**Eduardo Roman**<br>**Alejandra Roman**<br><br>Debtor(s). | CASE NO.: **6:11-bk-33594-WJ**<br>CHAPTER: **7**<br><br>**ORDER ON MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C. § 522(f) (REAL PROPERTY**)<br><br><br>[No hearing required] |
|---|---|

**Creditor Name:**   DISCOVER BANK, ISSUER OF THE DISCOVER CARD
*(Insert name of creditor holding lien to be avoided)*

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), Debtor(s) moved to avoid liens on property claimed to be exempt.  THE COURT FINDS AND ORDERS AS FOLLOWS:

   The motion is denied without prejudice on the following grounds.

   First, the motion was not served upon all lienholders as required by LBR 4003-2(c)(2).

   Second, none of the exhibits attached to the motion are authenticated.

   Third, the motion should be served upon Discover Bank and its counsel.  When serving Discover Bank, the moving party should use (1) the agent for service of process of Discover Bank as disclosed on the California Secretary of State website (i.e. CT Corporation) and (2) the address listed in the abstract of judgment.

   Fourth, insufficient evidence of the current fair market value of the residence has been provided.

                                                        ###

DATED: August 23, 2011

_____
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**635 Camino de los Mares, Suite 100**
**San Clemente, CA 92673**

A true and correct copy of the foregoing document described as   **Order on Motion to Avoid Lien under 11 U.S.C. § 522(f) (Real Property)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  **8/23/2011**  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

ATTORNEY FOR CREDITOR:
Bishop, White, et al
901 Sunvalley Blvd, 220
Concord, CA  94520

Discover Bank
Attn: Officer of the Bank
502 E Market Street
Greenwood, DE  19950

Honorable Judge Wayne E. Johnson
US Bankruptcy Court - Central District of CA
3420 Twelfth Street, 345
Riverside, CA  92501-3819

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date  **August 23, 2011**              Signature: **/s/ KRISTEN ALYWARD**

                                       Printed Name:  **Kristen Alyward**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* **ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (Real Property)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. The following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Gregory J Doan    ecf@doanlaw.com
- Helen R. Frazer (TR)    hfrazer@aalrr.com, mbuenaventura@aalrr.com;hfrazer@ecf.epiqsystems.com,C112@ecfcbis.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Eduardo Roman
Alejandra Roman
3730 Little Horsethief Canyon Road
Hesperia, CA 92345

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

ATTORNEY FOR CREDITOR:
Bishop, White, et al
901 Sunvalley Blvd, 220
Concord, CA  94520

Discover Bank
Attn: Officer of the Bank
502 E Market Street
Greenwood, DE  19950

☐ Service information continued on attached page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 3    **F 4003-2.1.ORDER.RP**